JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OFER SHAPIRA and LIMOR BENJAMIN, individually and as Trustees of the SHAPIRA-BENJAMIN FAMILY TRUST dated January 26, 2019; THOMAS S. MARABELLA and ROTEM MARABELLA, individually and as Trustees of the MARABELLA TRUST dated December 1, 2016; SAMUEL BENJAMIN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 20-1238-GW-JCx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Ofer Shapira, Limor Benjamin, Thomas S. Marabella, Rotem Marabella and Samuel Benjamin ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  April 29, 2020

*[signature: George H. Wu]*

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE